NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LOOPS, LLC,**
*Appellant,*

v.

**PHOENIX TRADING, INC. (doing business as Amercare Products Inc.),**
*Appellee.*

---

2013-1223

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Cancellation No. 92051757.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Loops, LLC's unopposed motion to withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

LOOPS, LLC v. PHOENIX TRADING, INC.                                    2

         FOR THE COURT


         /s/ Jan Horbaly
         Jan Horbaly
         Clerk

s25

ISSUED AS A MANDATE:  May 28, 2013